B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Cafe Rumba, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**02-0541450** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**351 W. Hubbard St.**<br>**Chicago, IL**<br>ZIP Code **60610** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Cafe Rumba, LLC**

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **Northern District of Illinois** | Case Number: **04-26494** | Date Filed: **7/16/04** |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
   Signature of Attorney for Debtor(s)     (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Cafe Rumba, LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  **/s/ SCOTT R. CLAR**
Signature of Attorney for Debtor(s)

**SCOTT R. CLAR 06183741**
Printed Name of Attorney for Debtor(s)

**Crane, Heyman, Simon, Welch & Clar**
Firm Name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**

Address

**312-641-6777  Fax: 312-641-7114**
Telephone Number

**April 22, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Edwin Rios**
Signature of Authorized Individual

**Edwin Rios**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**April 22, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Cafe Rumba, LLC**                                Case No.
                              Debtor(s)                    Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **A New Dairy, Inc.** <br> **1234 W. Randolph** <br> **Chicago, IL 60607** | **A New Dairy, Inc.** <br> **1234 W. Randolph** <br> **Chicago, IL 60607** | **Food Inventory** | | **3,103.54** |
| **ASCAP** <br> **PO Box 331608-7515** <br> **Nashville, TN 37203** | **ASCAP** <br> **PO Box 331608-7515** <br> **Nashville, TN 37203** | **Licenses** | | **3,531.87** |
| **Badger Mutual** <br> **PO Box 2985** <br> **Milwaukee, WI 53201** | **Badger Mutual** <br> **PO Box 2985** <br> **Milwaukee, WI 53201** | **Insurance** | | **8,768.00** |
| **Bill Walton** <br> **9501 E. Fifth Avenue** <br> **Gary, IN 46403** | **Bill Walton** <br> **9501 E. Fifth Avenue** <br> **Gary, IN 46403** | **Personal loan** | | **3,155.00** |
| **Cornerstone** <br> **One West Northwest Highway** <br> **Palatine, IL 60067** | **Cornerstone** <br> **One West Northwest Highway** <br> **Palatine, IL 60067** | **Loan** | | **86,399.95** |
| **Dalmares Produces, Inc.** <br> **1314 West 21st St.** <br> **Chicago, IL 60608** | **Dalmares Produces, Inc.** <br> **1314 West 21st St.** <br> **Chicago, IL 60608** | **Food Inventory** | | **2,800.87** |
| **Dean Darrus** <br> **4912 Fair Elms Avenue** <br> **Western Springs, IL 60558** | **Dean Darrus** <br> **4912 Fair Elms Avenue** <br> **Western Springs, IL 60558** | | | **38,668.60** |
| **Gold Star Seafood** <br> **2300 West 41st Street** <br> **Chicago, IL 60609** | **Gold Star Seafood** <br> **2300 West 41st Street** <br> **Chicago, IL 60609** | **Food Inventory** | | **3,334.36** |
| **Illinois Department of Revenue** <br> **PO Box 19035** <br> **Springfield, IL 62794-9035** | **Illinois Department of Revenue** <br> **PO Box 19035** <br> **Springfield, IL 62794-9035** | **ST-1** | | **9,907.11** |
| **Illnois Director of Employment Security** <br> **33 S. State St., 10th Floor** <br> **Chicago, IL 60603-2802** | **Illnois Department of Employment Security** <br> **33 S. State St., 10th Floor** <br> **Chicago, IL 60603-2802** | **Form Ui3/40 - SUTA** | | **4,982.59** |
| **Internal Revenue Service** <br> **Cincinnati, OH 45999-0011** | **Internal Revenue Service** <br> **Cincinnati, OH 45999-0011** | **Form 941** | | **50,375.94** |

B4 (Official Form 4) (12/07) - Cont.

In re **Cafe Rumba, LLC** / Debtor(s)    Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Mario Tijerina<br>3552 Eliot Lane<br>Naperville, IL 60564 | Mario Tijerina<br>3552 Eliot Lane<br>Naperville, IL 60564 | Personal Loan | | 9,500.00 |
| Nationwide Credit, Inc.<br>BMI<br>1150 E. University Dr.<br>Tempe, AZ 85281 | Nationwide Credit, Inc.<br>BMI<br>1150 E. University Dr.<br>Tempe, AZ 85281 | Licenses | | 5,679.50 |
| Nina Moore<br>1046 W. Fulton, Apt. 2<br>Chicago, IL 60607 | Nina Moore<br>1046 W. Fulton, Apt. 2<br>Chicago, IL 60607 | Personal loan | | 60,716.00 |
| Northwestern Hospital<br>251 East Huron<br>Chicago, IL 60611 | Northwestern Hospital<br>251 East Huron<br>Chicago, IL 60611 | Medical | | 2,180.00 |
| Rewards Network Establishment Srvcs<br>2 N. Riverside Plaza, Suite 950<br>Chicago, IL 60606 | Rewards Network Establishment Srvcs<br>2 N. Riverside Plaza, Suite 950<br>Chicago, IL 60606 | Judgment | | 50,139.25 |
| Terence Leydon<br>804 Revene Court<br>Westmont, IL 60559 | Terence Leydon<br>804 Revene Court<br>Westmont, IL 60559 | Personal loan | | 4,376.00 |
| Tim Crabtree<br>1503 Kingswood Lane<br>Colleyville, TX 76034 | Tim Crabtree<br>1503 Kingswood Lane<br>Colleyville, TX 76034 | Personal loan | | 3,135.00 |
| Webster Powell<br>320 West Ohio, Suite 501<br>Chicago, IL 60654 | Webster Powell<br>320 West Ohio, Suite 501<br>Chicago, IL 60654 | Legal Services | | 3,575.00 |
| Wo Romanowski<br>1540 N. Leavitt Street<br>Chicago, IL 60622 | Wo Romanowski<br>1540 N. Leavitt Street<br>Chicago, IL 60622 | Personal loan | | 13,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **April 22, 2011**    Signature    **/s/ Edwin Rios**
**Edwin Rios**
**Managing Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Cafe Rumba, LLC**

Debtor(s)

Case No.
Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **38**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **April 22, 2011**

**/s/ Edwin Rios**
**Edwin Rios**/**Managing Member**
Signer/Title

A New Dairy, Inc.
1234 W. Randolph
Chicago, IL 60607

Dean Darrus
4912 Fair Elms Avenue
Western Springs, IL 60558

Nadya Hairulina
Rush Hospital
1725 W. Harrison
Chicago, IL 60612

Allied Waste
2608 South Damen
Chicago, IL 60608

DirectTV
PO Box 60036
Los Angeles, CA 90060

Nadya Hairulina
Rush SurgiCenter LTD
1725 W. Harrison
Chicago, IL 60612

ASCAP
PO Box 331608-7515
Nashville, TN 37203

Empire Cooler
940 West Chicago Ave.
Chicago, IL 60642

Nationwide Credit, Inc.
BMI
1150 E. University Dr.
Tempe, AZ 85281

AT&T
PO Box 8100
Aurora, IL 60507

Gold Star Seafood
2300 West 41st Street
Chicago, IL 60609

Nina Moore
1046 W. Fulton, Apt. 2
Chicago, IL 60607

Badger Mutual
PO Box 2985
Milwaukee, WI 53201

Illinois Department of Revenue
PO Box 19035
Springfield, IL 62794-9035

Northwestern Hospital
251 East Huron
Chicago, IL 60611

Bill Walton
9501 E. Fifth Avenue
Gary, IN 46403

Illnois Director of Employment
   Security
33 S. State St., 10th Floor
Chicago, IL 60603-2802

Northwestern Medical Faculty
38693 Eagle Way
Chicago, IL 60678-1386

Children's Memorial Hospital
PO Box 4066
Carol Stream, IL 60197

Internal Revenue Service
Cincinnati, OH 45999-0011

OP LLC - Spectrum Real Estate
351 West Hubbard Street
Chicago, IL 60654

Cornerstone
One West Northwest Highway
Palatine, IL 60067

Mario Tijerina
3552 Eliot Lane
Naperville, IL 60564

Open Table
PO Box 49322
San Jose, CA 95161-9322

Cosmopolitan Textile
4508 W. 46th Street
Chicago, IL 60632

MasterChem Services
7314 N. Lawndale
Skokie, IL 60076

Peoples Gas
Chicago, IL 60687-0001

Dalmares Produces, Inc.
1314 West 21st St.
Chicago, IL 60608

Medical Expres Ambulance Service
5650 West Howard Street
Skokie, IL 60077-2623

Rewards Network Establishment Sr
2 N. Riverside Plaza, Suite 950
Chicago, IL 60606

Roberts & Weddell
111 N. Canal, #885
Chicago, IL 60606-7222

SeSac
55 Music Square East
Nashville, TN 37203

Terence Leydon
804 Revene Court
Westmont, IL 60559

The Hartford
8711 University East Drive
Charlotte, NC 28213

The Pediatric Faculty Foundation
PO Box 4051
Carol Stream, IL 60197

Tim Crabtree
1503 Kingswood Lane
Colleyville, TX 76034

Webster Powell
320 West Ohio, Suite 501
Chicago, IL 60654

Wo Romanowski
1540 N. Leavitt Street
Chicago, IL 60622